JUN - 6 2005

PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare, mental health aftercare, and review by probation officer of all prescribed medications.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

Mr. Smith provided a urine specimen on May 16, 2005, which tested positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 3rd day of June, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Elizabeth M. Callahan
U.S. Probation Officer

Executed on June 2, 2005
Place Minneapolis

SCANNED
JUN - 6 2005
U.S. DISTRICT COURT MPLS