Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kenneth Dean Smith

Docket No. 0:02CR00149-001

**HEARING WAIVER**

I, Kenneth Dean Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Kenneth Smith

Kenneth Dean Smith
Supervised Releasee

Witness: Elizabeth M. Callahan

Dated: 6-1-05

SCANNED
JUN - 6 2005
U.S. DISTRICT COURT MPLS