PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for *[offense] on May 18, 2004, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare, mental health aftercare, and review by probation officer of all prescribed medications.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION #6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

This officer attempted to make an employment visit at Mr. Smith's work place on June 22, 2005. He was not present, and this officer learned through Mr. Smith's employer that he was terminated from employment on June 20, 2005. Mr. Smith did not alert this officer to this change.

> STANDARD CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On June 22, 2005, this officer met with Mr. Smith to admonish him for multiple areas of noncompliance. At that point, he acknowledged that the city of Ramsey, Minnesota, police were called for a domestic dispute between himself and his girlfriend on June 16, 2005.

> SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. This program may include inpatient or outpatient treatment, counseling, or a support group.

On June 16, 2005, Mr. Smith failed to attend the Transitions Group required as part of his drug aftercare condition. He did not contact this officer or treatment staff regarding his absence.

SCANNED
JUN 28 2005
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

Mr. Smith was scheduled to attend an appointment with a mental health specialist on May 27, 2005. He failed to attend or to contact the provider to reschedule.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This placement will be followed by the 60-day period of home confinement agreed to on June 1, 2005.

ORDER OF THE COURT

Considered and ordered this 29th day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on June 27, 2005
Place Minneapolis

c: United States Sentencing Commission