Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kenneth Dean Smith

Docket No. 0:02CR00149-001(JMR)

**HEARING WAIVER**

I, Kenneth Dean Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed ✍ of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This placement will be followed by the 60-day period of home confinement agreed to on June 1, 2005.

Signed: [signature]
Kenneth Dean Smith

Witness: Elizabeth M. Pallada

Dated: 6-24-05

SCANNED
JUN 28 2005
U.S. DISTRICT COURT MPLS