FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001-JMR**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare, mental health aftercare, and permit review by the U.S. Probation Officer of prescribed medications. Conditions were subsequently modified to include 60 days home confinement and 30 days confinement in a community corrections center.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY DRUG CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

On August 30, 2005, the U.S. Probation Office received the clinical laboratory analysis of a sweat patch, which tested positive for the presence of methamphetamine. That sweat patch covered a testing period from August 11, 2005, to August 19, 2005. Mr. Smith was confronted about the result and denied any drug use. On September 8, 2005, the U.S. Probation Office received the clinical laboratory analysis of a subsequent sweat patch, which also tested positive for methamphetamine. The second sweat patch covered a testing period from August 19, 2005, through August 29, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 14th day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
SEP 16 2005
U.S. DISTRICT COURT MPLS

Elizabeth M. Callahan
U.S. Probation Officer

Executed on September 13, 2005
Place Minneapolis