AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-149(1) JMR

Kenneth Dean Smith

RECEIVED
SEP 16 9 35 AM '05
US MARSHALS SERVICE
MPLS., MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Susan Richard Nelson**

On: **10/5/05 at 3:00 p.m.**

To answer a(n) Order of the Court.

RECEIVED
SEP 30 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: September 16, 2005

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS

## RETURN OF SERVICE

Service was made by me: [1] Tom Genz, ASDUSM Date: 9-26-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: U.S. Courthouse, Mpls, MN (4th floor)

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9-26-05
Date

A. Garber
Name of United States Marshal

Tom Genz
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure