**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-CR-149 JMR |
| | ) | Date: October 5, 2005 |
| Kenneth Dean Smith, | ) | Court Reporter: None |
| | ) | Tape Number: 475 |
| Defendant. | ) | Time Commenced: 3:00 |
| | | Time Concluded: 4:00 |
| | | Time in Court: 1 Hour |

APPEARANCES:

**Plaintiff:** Omar Syed
Assistant U.S. Attorney

**Defendant:** Andrew Mohring
**X** FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter: ______________________________ Language: ______________________________

Date Charges Filed: September 14, 2005 Offense: Supervised Release Violation

☐ Charges read into record **X** Waived Reading of Charges **X** Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release **X** Supervised Release

☐ Charges from other District __________________________________________________________

**X** Government moves for detention.
Motion is: **X** granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release**.**

Next appearance date is Friday, October 7, 2005, at 9:30 a.m., before U.S. Magistrate Judge Susan Richard Nelson for:

**X** detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg **X** preliminary revocation

☐Detention hearing waived ☐ Preliminary hearing waived ☐Removal hearing waived

Final Revocation Hearing will be Wednesday, October 26, 2005 at 10:00 a.m. before U.S. District Court Judge James Rosenbaum.

Additional Information:

s/Beatriz Menanteau
Signature of Law Clerk