**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-CR-149 JMR |
| | ) | Date: October 7, 2005 |
| Kenneth Dean Smith, | ) | Court Reporter: None |
| | ) | Tape Number: 476 |
| Defendant. | ) | Time Commenced: 9:35 |
| | | Time Concluded: 9:50 |
| | | Time in Court: 15 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

____ **PRELIMINARY/DETENTION HRG** ____ **REMOVAL HRG**

__X_ **PRELIMINARY REVOCATION/ DETENTION HRG** ____ **REMOVAL/DETENTION HRG**

APPEARANCES:

**Plaintiff**: Omar Syed
Assistant U.S. Attorney

**Defendant:** Andrea George
**X** FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter : NA // English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release **X** Supervised Release

☐ Charges from other District ______________________________

**X** Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

Bond set in the amount of $____________ with conditions, see Order Setting Conditions of Release.

☐ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before __________on__________.

☐ Removal Order to be Issued ☐ No Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Final Revocation Hearing will be Wednesday, October 26, 2005, at 10:00 a.m. before U.S. District Court Judge James Rosenbaum. Preliminary Revocation hearing waived. Defendant is detained pending a report

from Probation Services that there is space available for Defendant at ReEntry West halfway house.

s/Beatriz Menanteau
Signature of Law Clerk