**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ORDER

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Kenneth Dean Smith**

Defendant.

Case No. 02-CR-149 JMR/SRN

Based upon the parties' agreement as to the conditions for release of the Defendant pending final revocation, it is hereby ordered that the Defendant shall be released from the custody of the Attorney General pending his final revocation hearing before the Honorable James M. Rosenbaum, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota. The Defendant shall abide by all previously imposed terms of supervised release, with the additional condition that he be placed in community confinement at the Reentry Metro halfway house. Should the Defendant violate any of the rules or other conditions of that program, he shall be returned to custody immediately.

Signed and executed this 12th day
of October 2005 .

s/ Susan Richard Nelson
Honorable Susan R. Nelson
U.S. Magistrate Judge