AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-149 JMR/SRN**

0641-1005-0005-0

Kenneth Dean Smith

2005 OCT -5 P 3:22
RECEIVED
US MARSHALS SERVICE
MPLS MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kenneth Dean Smith

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Jackie Ellingson (signature) October 5, 2005 at Mpls, MN

(By) Jackie Ellingson, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 10-5-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY (signature)

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 12/08/04