**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Kenneth Dean Smith,<br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: James M. Rosenbaum<br>U.S. District Judge<br><br>Case No: 02-149 JMR/SRN<br>Date: October 26, 2005<br>Court Reporter: Dawn Hansen<br>Time Commenced: 10:07 a.m.<br>Time Concluded: 10:32 a.m.<br>Time in Court: 25 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Andrea George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release. Supervised release hearing continued until November 10, 2005.
: Written order to be issued.

s/Heather Labat
Calendar Clerk