UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-149 (1) (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO AMEND ORDER |
| v. | ) | |
| | ) | |
| KENNETH DEAN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Kenneth Smith, through counsel, Assistant Federal Defender, Andrea K. George respectfully requests that the Court enter an amended order to include a waiver of subsistence costs as stated by the Court during the revocation hearing, as Mr. Smith has been paying back and currently child support and is now current on child support and other financial obligations.

Dated: November 15, 2005

Respectfully submitted,

***S/ Andrea K. George***

_________________________

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415