UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-149(1)(JMR)

United States of America )
)
v. ) AMENDED ORDER
)
Kenneth Dean Smith )

This matter is before the Court on a petition for violation of supervised release imposed by this Court on May 18, 2004. The Court finds that defendant violated the terms of his supervised release when he submitted sweat patches testing positive for methamphetamine use. This constitutes a class C violation. See U.S.S.G. § 7B1.1(a)(3). Based upon a criminal history category of VI, the Guidelines recommend a term of imprisonment of 8-14 months. See U.S.S.G. § 7B1.4.

Having considered the Guidelines' policy statements, and having heard defendant's argument, IT IS ORDERED that: Defendant's Supervised Release Conditions shall be modified to include the following term: Defendant shall reside for a period of 6 months in a community corrections center, specifically the Volunteers of America, as approved by the probation officer, and shall observe the rules of that facility. The Court specifically waives subsistence costs so long as defendant is current with his child

support payments. All other conditions previously imposed shall remain in effect.

Dated: December 6, 2005

s/ JAMES M. ROSENBAUM

JAMES M. ROSENBAUM
United States Chief District Judge