# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING (TELEPHONE CONF.)

UNITED STATES OF AMERICA,
Plaintiff,
v.

Kenneth Smith,
Defendant.

## COURT MINUTES
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 02-149 JMR/SRN |
| Date: | December 6, 2005 |
| Court Reporter: | Colleen Sichko |
| Time Commenced: | 4:39 p.m. |
| Time Concluded: | 4:41 p.m. |
| Time in Court: | 2 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Andrea George for Susan Seifert : FPD

Phone conference re: Defendant's Motion to Amend Order (Doc #84).

: AMENDED ORDER TO BE ISSUED

s/Heather Labat
Signature of Calendar Clerk