PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

United States District Court

RECEIVED

for the

DISTRICT OF MINNESOTA

APR 7 2006

**United States v. Kenneth Dean Smith**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, destructive device, or other dangerous weapon, mandatory drug testing, drug aftercare, mental health aftercare, and disclosure of prescribed medications.
60 days home detention (modified on June 2, 2005)
30 days community confinement (modified on June 27, 2005)
6 months community confinement (modified on September 27, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

Mr. Smith admitted to the use of marijuana within the past month. Although there is no positive drug test to substantiate his statement, he admitted this drug use to treatment staff and to this officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 6th day of April 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on April 5, 2006
Place Minneapolis

SCANNED
APR 10 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission