Prob 49

RECEIVED
APR 7 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Kenneth Dean Smith

Docket No. 0:02CR00149-001(JMR)

**HEARING WAIVER**

I, Kenneth Dean Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed ✍ of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: ____________________
Kenneth Dean Smith

Witness: ____________________

Dated: 3-29-06

SCANNED
APR 10 2006
U.S. DISTRICT COURT MPLS