PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

AUG 10 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, destructive device, or other dangerous weapon; mandatory drug testing; drug aftercare; mental health aftercare; and disclosure of prescribed medications

60 days home detention (modified on June 2, 2005)
30 days community confinement (modified on June 27, 2005)
6 months community confinement (modified on September 27, 2005)
16 hours of community work service for drug use (modified on April 5, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION E: The defendant shall submit to mandatory drug testing.

The defendant failed to submit to urinalysis on June 20, 2006, and August 1, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 45 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED

AUG 10 2006

U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 9th day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on August 8, 2006
Place Minneapolis

c: United States Sentencing Commission