PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, destructive device, or other dangerous weapon; mandatory drug testing; drug aftercare; mental health aftercare; and disclosure of prescribed medications

60 days home detention (modified on June 2, 2005)
30 days community confinement (modified on June 27, 2005)
6 months community confinement (modified on September 27, 2005)
16 hours of community work service for drug use (modified on April 5, 2006)
45 days home detention for failing to report for urinalysis, failure to report to probation officer (modified on August 9, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

Mr. Smith submitted a urine specimen on August 3, 2006, which tested positive for marijuana. He initially denied use of this controlled substance. The probation officer received laboratory confirmation of that result on August 9, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for an additional period of 45 days in a home detention program which may include electronic monitoring. Throughout the home confinement period, the defendant shall also participate in a remote alcohol monitoring program. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing and abide by other schedule restrictions in keeping with the home confinement policy.

SCANNED
AUG 24 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 22nd day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on August 17, 2006
Place Minneapolis