Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kenneth Dean Smith

Docket No. 0:02CR00149-001(JMR)

## HEARING WAIVER

I, Kenneth Dean Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for an additional period of 45 days in a home detention program which may include electronic monitoring. During the total course of confinement of 90 days, the defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing and abide by other schedule restrictions in keeping with the home confinement policy.

Signed: K Smith 8-16-06

Kenneth Dean Smith
Supervised Releasee

Dated: August 16, 2006

Witness: Elizabeth M. Callahan

SCANNED
AUG 24 2006
U.S. DISTRICT COURT MPLS