PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 2
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kenneth Dean Smith**

**Docket No. 0:02CR00149-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kenneth Dean Smith** who was sentenced for Felon in Possession of Explosives on May 18, 2004, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, destructive device, or other dangerous weapon; mandatory drug testing; drug aftercare; mental health aftercare; and disclosure of prescribed medications

60 days home detention (modified June 2, 2005)
30 days community confinement (modified June 27, 2005)
6 months community confinement (modified September 27, 2005)
16 hours of community work service for drug use (modified April 5, 2006)
45 days home detention for failing to report for urinalysis, failure to report to probation officer (modified August 9, 2006)
45 days additional home detention with remote alcohol testing for entire 90-day period of home confinement (modified August 22, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On November 22, 2006, the defendant submitted a urine specimen which tested positive for methamphetamine.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

On January 19, 2007, the probation officer scheduled a home visit with Mr. Smith for the following day. At Mr. Smith's request, the meeting time was altered to accommodate his activities. Mr. Smith was not present at his house at the agreed upon meeting. He was directed in writing to report to the probation office on Tuesday, January 23, 2007. Mr. Smith failed to report and made no contact with the probation office. On January 24, 2007, the probation officer contacted Mr. Smith and admonished him for his multiple failures to report as directed. Mr. Smith apologized and assured the officer he would report to the office on the following Thursday or Friday morning. Mr. Smith called Thursday morning and left a message stating

SCANNED
FEB 2 2007
U.S. DISTRICT COURT MPLS

Summons Issued

he would be unable to report to the office. He did not report to the office either Thursday or Friday morning. His avoidance of contact with the probation officer is a chronic concern with Mr. Smith.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 1st day of February, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on January 29, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: