**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-149 JMR |
| | ) | Date: 02/15/07 |
| Kenneth Dean Smith, | ) | Court Reporter: None |
| | ) | Tape Number: 58/1855-1963 |
| Defendant. | ) | Time Commenced: 1:35 p.m. |
| | | Time Concluded: 1:40 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** David Steinkamp,
Assistant U.S. Attorney

**Defendant:** Scott Tilsen,
√ To be appointed

Interpreter: None Language: English

Date Charges Filed: 02/01/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Counsel to contact Judge Rosenbaum's chambers for final revocation hearing date.

s/AR
Criminal Duty Clerk