) Summons In A Crimina

# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
07 FEB 23 PM 2:57
CLERK

UNITED STATES OF AMERICA

v.

Kenneth Dean Smith

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 02-149 JMR

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Arthur J. Boylan**

On: **2/15/07 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Kim Krulas, Deputy Clerk

Dated: February 2, 2007

SCANNED
FEB 26 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Crimin[...]e

# RETURN OF SERVICE

Service was made by me: [1] Elizabeth Callahan Date: February 13, 2007

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Stephanie Purmort

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/13/07
Date

AL GARBER
Name of United States Marshal

Elizabeth McCallahan
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure