**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** BEFORE: James M. Rosenbaum U.S. District Judge |
| v. | ) | |
| Kenneth Dean Smith, Defendant. | ) | Case No: 02-149 JMR/SRN |
| | ) | Date: April 16, 2007 |
| | ) | Court Reporter: Dawn Hansen |
| | ) | Time Commenced: 2:19 p.m. |
| | ) | Time Concluded: 2:32 p.m. |
| | | Time in Court: 13 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Scott Tilsen : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions as previously imposed.
: Defendant's term of supervised release is continued; supervised release hearing continued for 6 months.
: Written order to be issued.

s/Heather Labat
Calendar Clerk