IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SUSAN RICHARD NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-02-149 JMR/SRN |
| | ) | Date: August 24, 2007 |
| Kenneth Dean Smith, | ) | Court Reporter: |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 3:10 p.m. |
| | | Time Concluded: 3:15 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Tim Rank, Assistant U.S. Attorney

Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: /

Date Charges Filed: 6-29-07 Offense: Tested positive for drugs. Used apparatus to avoid drug detection.

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

**Next appearance date is 9-14-07 at 10:30 a.m. before James M. Rosenbaum for a final revocation hearing.**
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Detention hearing waived ☒ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/ Beverly Riches
Signature of Judicial Assistant