**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. CR-02-149 JMR/SRN**

**Plaintiff,**

**v.** **ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

**Kenneth Dean Smith,**

**Defendant.**

---

Upon motion of the United States it is ORDERED that a Final Revocation Hearing is set for September 14, 2007, at 10:30 a.m. before Judge James M. Rosenbaum, in Courtroom 15E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: August 24, 2007

s/ Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge