A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 27 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-149 JMR/SRN**

Kenneth Dean Smith

2007 JUL -2 P 4: 28
RECEIVED
US MARSHALS SERVICE
MPLS MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kenneth Dean Smith

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosebaum, United States District Court Judge.

Kim Krulas

June 29, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 8-22-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunte

SCANNED
AUG 28 2007
U.S. DISTRICT COURT ST. PAUL