U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55415
664-5053
Fax: 664-5154

September 4, 2007

COUNSEL OF RECORD

Re: Cr. #02-149 USA v. Kenneth Dean Smith

Dear Counsel:

Please be advised that Chief Judge James Rosenbaum has scheduled a revocation hearing in the above-styled case for ***September 10, 2007 @ 2:30 p.m.*** If there will be testimony please submit a witness list prior to the hearing.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat
Calendar Clerk to
Chief Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Pretrial Services
Probation Office