**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Kenneth Dean Smith,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: James M. Rosenbaum<br>U.S. District Judge<br><br>Case No: 02-149 JMR/SRN<br>Date: September 10, 2007<br>Court Reporter: Dawn Hansen<br>Time Commenced: 2:47 p.m.<br>Time Concluded: 3:14 p.m.<br>Time in Court: 27 Minutes |

## APPEARANCES:

Plaintiff: Jeff Bryan for David Steinkamp, Assistant U.S. Attorney
Defendant: Andrea George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP until defendant can be transferred to community corrections center; term of supervised release to continue upon release from custody
: Written order to be issued.

s/Heather Labat
Calendar Clerk