UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-149(1)(JMR)

United States of America )
)
v. ) AMENDED ORDER
)
Kenneth Dean Smith )

This matter is before the Court on a petition for violation of supervised release imposed by this Court on May 18, 2004. The Court finds defendant violated the terms of his supervised release when he used an apparatus to void drug detection when submitting a urine specimen. This constitutes a class C violation. See U.S.S.G. § 7B1.1(a)(3). Based upon a criminal history category of VI, the Guidelines recommend a term of imprisonment of 8 to 14 months. See U.S.S.G. § 7B1.4.

Having considered the Guidelines' policy statements, and having heard defendant's argument, IT IS ORDERED that:

1. Defendant's supervised release conditions shall be modified to include the following term: Defendant shall participate in an inpatient drug abuse treatment program, followed by a placement in sober housing for a period of at least 120 days, as approved by the probation officer. Defendant shall observe the rules of that facility. All other conditions previously imposed shall remain in effect.

2. Defendant shall remain in the custody of the United States Marshal until a space in the inpatient treatment program becomes

available to him, as approved by the probation officer.

3. The Court's previous Order [Docket No. 103], dated September 12, 2007, is hereby vacated.

Dated: October 23rd, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge