**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-149 JMR |
| | ) | Date: March 18, 2008 |
| Kenneth Dean Smith, | ) | Court Reporter: None |
| | ) | Tape Number: #200 |
| Defendant. | ) | Time Commenced: 11:15 p.m. |
| | | Time Concluded: 11:20 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Andrea George
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: January 31, 2008 Offense: Whereabouts unknown

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, gov't to submit proposed order ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is to be determined at before U.S. Chief Judge James M. Rosenbaum for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation

☒ Detention hearing waived ☒ Preliminary revocation hearing waived

Additional Information:
**Counsel to contact Chief Judge Rosenbaum's clerk for final revocation hearing date.**

s/Joan Flood
Criminal Duty Clerk