A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Kenneth Dean Smith

## WARRANT FOR ARREST

0841-0131-0522-D

CASE NUMBER: **CR 02-149 (1) JMR/SRN**

2008 JAN 31 P 3:39

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kenneth Dean Smith

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Release

Ordered by: James M. Rosenbaum, United States District Court Judge.

Lori Sampson

(By) Lori Sampson, Deputy Clerk

January 31, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 3-15-08
ARRESTED BY ~~USMS~~ Mpls. PD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
MAR 28 2008
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 5/17/07