**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Kenneth Dean Smith ,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 02-149 JMR/SRN |
| Date: | April 15, 2008 |
| Court Reporter: | Ron Moen |
| Time Commenced: | 3:47 p.m. |
| Time Concluded: | 3:58 p.m. |
| Time in Court: | 11 Minutes |

## APPEARANCES:

Plaintiff: Tracy Perzel for David Steinkamp, Assistant U.S. Attorney
Defendant: Andrea George ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to: Custody of BOP for 15 days; the defendant supervised release shall be terminated upon release from custody
☒ Written order to be issued.

s/Heather Walker
Calender Clerk