RECEIVED MAY - 6 2008 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Released 4/30/08.

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2008 APR 22 A 11:36

UNITED STATES OF AMERICA
v.
**Kenneth Dean Smith**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-CR-149(JMR/SRN)**
USM Number: **10773-041**
Social Security Number: **5525**
Date of Birth: **1963**

RECEIVED U.S. MARSHAL ST. PAUL MINN

**Andrea K. George**
Defendant's Attorney

2008 APR 23 A 10:01

**THE DEFENDANT:**

[X] admitted guilt to violation of a special condition and standard condition #6 of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Drug treatment special condition and standard condition #6 | Left sober housing facility and failed to contact probation officer | March 2008 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 15, 2008**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

April 21st, 2008
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 4/21/08 in the United States District Court for the District of Minnesota.
CERTIFIED, 4/21, 2008.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED MAY 08 2008 U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: KENNETH DEAN SMITH
CASE NUMBER: 02-CR-149(JMR/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 days from the date of imposition, with no credit for time served and no supervision to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ____________________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal